**Order entered August 7, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01599-CV

**VICTOR MALDONADO, Appellant**

**V.**

**SUMEER HOMES, INC., ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-01137-E**

## ORDER

We **GRANT** appellant's August 5, 2013 unopposed second motion for an extension of time to file a brief. Appellant shall file his brief on or before September 3, 2013. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
         JUSTICE